```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

CAREMEX S.A. DE C.V.,

                Plaintiff,              23-CV-11051 (SN)

     -against-                        **ORDER**

JAYDEN STAR LLC,

                Defendant.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On December 6, 2024, the parties informed the Court that Defendant does not intend to file an amended counterclaim and requested a briefing schedule for Plaintiff's Motion for Judgment on the Pleadings pursuant to Federal Rule of Civil Procedure 12(c).

Plaintiff shall file its motion no later than January 8, 2025. Defendant's opposition shall be filed no later than January 22, 2025. Plaintiff's reply, if any, shall be filed no later than January 29, 2025.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    December 9, 2024
                New York, New York