UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:__  1/23/2025
```

CAREMEX S.A. DE C.V.,

                              Plaintiff,                    **23-CV-11051 (SN)**

              -against-                                     **ORDER**

JAYDEN STAR LLC,

                              Defendant.

-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

     On December 9, 2024, the Court set a briefing schedule for Plaintiff's Motion for

Judgment on the Pleadings. ECF No. 37. Plaintiff filed its motion on January 8, 2025. ECF Nos.

38-40. Defendant's opposition was due on January 22, 2025. Nothing has been filed. Defendant

is directed to file its opposition brief no later than Monday, January 27, 2025. Plaintiff shall file

its reply, if any, one week after Defendant's brief is filed.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:       January 23, 2025
             New York, New York