UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 6/3/2025

CAREMEX S.A. DE C.V.,

                              Plaintiff,                              23-CV-11051 (SN)

              -against-                                               **ORDER**

JAYDEN STAR LLC,

                              Defendant.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        In light of the close of all discovery on May 30, 2025, the parties are directed to meet and

confer whether a settlement conference would be productive at this time. Currently, the Court is

only able to accommodate settlement conferences starting in August 2025. The parties should not

anticipate that litigation deadlines will be adjourned in response to late requests for settlement

conferences, including the June 30, 2025, deadline for summary judgment motions. As soon as

practicable, the parties are directed to contact Courtroom Deputy Diljah Shaw with both parties

on the e-mail, at diljah_shaw@nysd.uscourts.gov, to schedule a settlement conference for a time

when they believe it would be productive.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:        June 3, 2025
              New York, New York

1