UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAREMEX S.A. DE C.V. | |
|           Plaintiff/Counterclaim Defendant, | Docket No.: 23-cv-11051 (SN) |
|           *-against-* | |
| JAYDEN STAR LLC | |
|           Defendant/Counterclaim Plaintiff | |

      Eric Lindquist, an attorney duly admitted to practice before this Honorable Court, declares under penalty of perjury as follows.

      1.      I am counsel of record for the plaintiff, Caremex S.A. de C.V. ("Caremex"). I make this Declaration based on my own personal knowledge.

      2.      In or about the first part of July, 2025, Caremex and defendant Jayden Star LLC ("Jayden Star") negotiated a settlement under which, in consideration of Caremex agreeing to forego prejudgment interest on the amount demanded in the Complaint, to wit, $347,131.75, Jayden Star would agree to entry of a Consent Judgment in such amount.

      3.      Exhibit A attached hereto is a true copy of the Consent Judgment executed by the parties and their attorneys and entered by the Court on July 22, 2025 (the "Consent Judgment").

      4.      The Consent Judgment required Jayden Star to pay to Caremex the sum of $347,131.75 in a one-time lump-sum payment to an account designated by Caremex within thirty days after the entry of the Consent Judgment, that is, on or before August 21, 2025. Ex. A ¶ 5. Counsel for Caremex informed counsel for Jayden Star of the account for payment. *See* Ex. B attached hereto. As of the date of this filing, Jayden Star has not paid any portion of the amount due under the Consent Judgment.

5. Pursuant to ¶ 6 of the Consent Judgment, Caremex is entitled to entry of a final money judgment in the amount of $347,131.75.

6. Submitted herewith is a proposed Final Judgment in due and proper form as contemplated by the Consent Judgment.

Dated: New York, New York
September 22, 2025

/s/ Eric Lindquist
_____
Eric Lindquist