UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAREMEX S.A. DE C.V.<br><br>        Plaintiff/Counterclaim Defendant,<br><br>        *-against-*<br><br>JAYDEN STAR LLC<br><br>        Defendant/Counterclaim Plaintiff | Docket No.: 23-cv-11051 (SN)<br><br>**FINAL JUDGMENT** |

It is hereby ORDERED, ADJUDGED, and DECREED in accordance with the Consent Judgment entered by this Court on July 22, 2025 (the "Consent Judgment"), that:

The defendant, Jayden Star LLC, is in default of its obligations under the Consent Judgment;

The plaintiff shall have judgment against defendant in the liquidated amount of $347,131.75, together with plaintiff's attorneys' fees and costs of collection as provided by the Consent Judgment and interest as provided by 28 U.S.C. § 1961 calculated from the date of entry this Final Judgment; and

This District Court shall retain jurisdiction over this action, including without limitation, over enforcement of this Final Judgment and determination of the attorneys' fees and costs of collection of this Final Judgment payable by the defendant as provided in the Consent Order, and of the post-judgment interest payable hereunder.

Dated: New York, New York

_____

_____
Hon. Sarah Netburn, U.S.D.J.

This document was entered on the docket on _____.